IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Benito Camacho and Lucina Camacho, husband and wife,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Chase Home Finance,<br><br>　　　　Defendant. | No. CV 10-00572-TUC-FRZ (JM)<br><br>**REPORT AND RECOMMENDATION** |

On November 15, 2010, Defendant filed a Motion to Dismiss (Doc. 9). On November 18, 2010, Plaintiffs were advised of the pendency of the motion and instructed to respond and that the failure to do so "may in the discretion of the Court be deemed a consent to the granting of that Motion without further notice, and judgment may be entered dismissing the complaint and action with prejudice pursuant to Local Rule - Civil 7.2(i)." See Brydges v. Lewis, 18 F.3d 651 (9th Cir. 1994) (per curiam). As of the date of this report and recommendation Plaintiffs have not responded to the pending motion to dismiss.

**RECOMMENDATION FOR DISPOSITION BY THE DISTRICT JUDGE**

Based on the foregoing, the Magistrate Judge **RECOMMENDS** that the District Court, after its independent review, **grant** Defendant's Motion to Dismiss (Doc. 9).

This Recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment.

1  However, the parties shall have fourteen (14) days from the date of service of a copy
2 of this recommendation within which to file specific written objections with the District
3 Court. *See* 28 U.S.C. § 636(b)(1) and Rules 72(b), 6(a) and 6(e) of the Federal Rules of Civil
4 Procedure. Thereafter, the parties have fourteen (14) days within which to file a response to
5 the objections. If any objections are filed, this action should be designated case number: **CV**
6 **10-00572-TUC-FRZ**.  Failure to timely file objections to any factual or legal determination
7 of the Magistrate Judge may be considered a waiver of a party's right to *de novo*
8 consideration of the issues.  *See United States v. Reyna-Tapia* 328 F.3d 1114, 1121 (9th Cir.
9 2003) (*en banc*).

10  DATED this 5th day of January, 2011.

Jacqueline Marshall
United States Magistrate Judge